**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**         FILED IN OPEN COURT

DATE: 12/13/2021 @ 3:13 pm
TAPE: FTR
TIME IN COURT: 1:24

| | |
|---|---|
| MAGISTRATE JUDGE | LINDA T. WALKER |
| COURTROOM DEPUTY CLERK: | Sonya Coggins |
| CASE NUMBER: | 1:21-MJ-1141-LTW |
| DEFENDANT'S NAME: | Matthew Jay Webler |
| AUSA: | Alison Prout and Joe Plummer |
| DEFENDANT'S ATTY: | Thomas Hawker |
| USPO / PTR: | Emma Moses |

( ) Retained   ( ) CJA   (X) FDP   ( ) Waived

\_\_\_\_ ARREST DATE _____

\_\_\_\_ Initial appearance hearing held.        \_\_\_\_ Defendant informed of rights.

\_\_\_\_ Interpreter sworn: _____

## COUNSEL

\_\_\_\_ ORDER appointing Federal Defender as counsel for defendant.

\_\_\_\_ ORDER appointing _____ as counsel for defendant.

\_\_\_\_ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

\_\_\_\_ Defendant WAIVES identity hearing.        \_\_\_\_ WAIVER FILED

\_\_\_\_ Identity hearing HELD.        \_\_\_\_ Def is named def. in indictment/complaint; held for removal to other district.

**X**   Defendant WAIVES preliminary hearing in this district only.        **X**   WAIVER FILED

\_\_\_\_ Preliminary hearing HELD.        \_\_\_\_ Probable cause found; def. held to District Court for removal to other district

**X**   Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

\_\_\_\_ Government motion for detention filed.        _____ @ _____

\_\_\_\_ Pretrial hearing set for _____ @ _____   ( ) In charging district.)

**X**   Bond/Pretrial detention hearing held.

**X**   Government motion for detention   (X) GRANTED   ( ) DENIED

**X**   Pretrial detention ordered.   **X**   Written order to follow.

\_\_\_\_ BOND set at _____   \_\_\_\_ NON-SURETY   \_\_\_\_ SURETY

\_\_\_\_ cash   \_\_\_\_ property   \_\_\_\_ corporate surety ONLY

\_\_\_\_ SPECIAL CONDITIONS: _____

\_\_\_\_ Bond filed. Defendant released.

\_\_\_\_ Bond not executed. Defendant to remain in Marshal's custody.

\_\_\_\_ Motion ( \_\_\_ verbal) to reduce/revoke bond filed.

\_\_\_\_ Motion to reduce/revoke bond   \_\_\_\_ GRANTED   \_\_\_\_ DENIED

\_\_\_\_ See page 2

**WITNESSES:**

_____
_____
_____
_____
_____
_____
_____
_____

**EXHIBITS:**

Government's Exhibits 1, 2, and 3, ADMITTED
_____
_____
_____
_____
_____
_____
_____
_____

Original Exhibits _____ RETAINED by the Court    X   RETURNED to counsel